**EXHIBIT 2:** INFRINGEMENT

URL: https://watch.plex.tv/person/cuca-escribano

