SARAH J. GUSKE (SBN 232467)
sarah.guske@bakerbotts.com
KARAN SINGH DHADIALLA (SBN 296313)
karan.dhadialla@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St., Suite 3200
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

Attorneys For Defendant
PLEX, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ZUMA PRESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLEX, INC., <br><br> Defendant. | Case No.: 4:23-cv-03854-JST <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** <br><br> Judge:  Hon. Jon S. Tigar <br> Courtroom: 6 – 2nd Floor |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Zuma Press, Inc. ("Plaintiff") and Defendant PLEX, Inc. ("Defendant") (collectively with Plaintiff, the "Parties") stipulate as follows:

WHEREAS, on August 1, 2023, Plaintiff filed a Complaint and Demand for Jury Trial [Dkt. No. 1];

WHEREAS, Defendant was served with the summons and complaint on August 3, 2023;

WHEREAS, the Parties filed Stipulation(s) to Extend Time for Defendant to Respond to Complaint on August 23, 2023 and on October 6, 2023;

WHEREAS, the current deadline for Defendant to respond to Plaintiff's complaint is October 23, 2023;

WHEREAS, Plaintiff has agreed to an extension of time for Defendant to respond to Plaintiff's complaint, up to and through November 20, 2023;

WHEREAS, consistent with Civil Local Rule 6-1(a), this stipulation does not alter the date of any event or any deadline already fixed by Court order;

THEREFORE, it is hereby agreed and stipulated:

1. The time for Defendant to respond to Plaintiff's complaint is extended to November 20, 2023.

IT IS SO STIPULATED.

DATED: October 23, 2023              BAKER BOTTS L.L.P.

                                     By:  */s/ Sarah J. Guske*
                                          Sarah J. Guske
                                          sarah.guske@bakerbotts.com
                                          Karan Singh Dhadialla
                                          karan.dhadialla@bakerbotts.com
                                          BAKER BOTTS L.L.P.
                                          101 California St., Suite 3200
                                          San Francisco, CA  94111
                                          Telephone: +1.415.291.6200

                                          *Attorneys for Defendant*
                                          *PLEX, INC.*

DATED: October 23, 2023          SANDERS LAW GROUP

By: */s/ Jacqueline Mandel*
Craig Sanders
csanders@sanderslaw.group
Jacqueline Mandel
jmandel@sanderslaw.group
SANDERS LAW GROUP
333 Earle Ovington Blvd., Suite 402
Uniondale, NY  11553
Telephone; +1.516.203.7600

*Attorneys for Plaintiff*
*Zuma Press, Inc.*

ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: October 23, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Sarah J. Guske*
　　　　　　　　　　　　　　　　　　　　　　Sarah J. Guske

　　　　　　　　　　　　　　　　　　　　　　BAKER BOTTS LLP

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　　　*PLEX, Inc.*