**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ZUMA PRESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLEX, INC., <br><br> Defendant. | Case No.: 4:23-cv-03854-JST <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO STAY ALL CASE-RELATED DEADLINES PENDING SETTLEMENT** <br><br> Judge: Hon. Jon S. Tigar |

Pursuant to Civil Local Rule 6-2(a), Plaintiff Zuma Press, Inc. ("Plaintiff") and Defendant PLEX, Inc. ("Defendant") (collectively with Plaintiff, the "Parties") make the following stipulated request:

WHEREAS, on August 1, 2023, Plaintiff filed a Complaint and Demand for Jury Trial [Dkt. No. 1];

WHEREAS, Defendant was served with the summons and complaint on August 3, 2023;

WHEREAS, the Parties filed a Stipulation to Extend Time for Defendant to Respond to Complaint on August 23, 2023, extending Defendant's time to respond to Plaintiff's complaint to October 9, 2023;

WHEREAS, this action was reassigned to the Honorable Jon S. Tigar on September 13, 2023, and all previous hearing dates were vacated and rescheduled;

WHEREAS, the Parties filed a second Stipulation to Extend Time for Defendant to Respond to Complaint on October 6, 2023, extending Defendant's time to respond to Plaintiff's complaint to October 23, 2023;

WHEREAS, the Parties filed a third Stipulation to Extend Time for Defendant to Respond to Complaint on October 23, 2023;

WHEREAS, the current deadline for Defendant to respond to Plaintiff's complaint is November 20, 2023;

WHEREAS, the Parties are finalizing the terms of a settlement;

WHEREAS, the initial case management conference is currently scheduled for October 31, 2023;

WHEREAS, the following dates and deadlines are associated with the initial case management conference:

- 10/10/2023 – Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan; file ADR certification form;

- 10/24/2023 - Joint Case Management Statement and Rule 26(f) Report due.

WHEREAS, the Parties believe that staying all case-related deadlines at this time to allow the Parties to formalize their settlement would promote judicial efficiency and conserve the Parties and Court's resources;

WHEREAS, there have been no time modifications other than those listed above; and

WHEREAS, staying all-case related deadlines would remove the date for the initial case management conference and the other two deadlines associated with the initial case management conference, but would not alter the date of any event or any deadline already fixed by Court.

THEREFORE, the Parties respectfully request that:

1. All case-related deadlines be stayed pending an update from the Parties regarding the status of settlement.

//
//
//
//
//
//
//
//
//
//
//
//
//

IT IS SO STIPULATED AND REQUESTED.

DATED: October 24, 2023                SANDERS LAW GROUP

By:  /s/ Jacqueline Mandel
Jacqueline Mandel
jmandel@sanderslaw.group
SANDERS LAW GROUP
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Telephone; +1.516.203.7600

*Attorneys for Plaintiff*
*Zuma Press, Inc.*

DATED: October 24, 2023                BAKER BOTTS L.L.P.

By:  /s/ Karan Singh Dhadialla
Sarah J. Guske
sarah.guske@bakerbotts.com
Karan Singh Dhadialla
karan.dhadialla@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St., Suite 3200
San Francisco, CA 94111
Telephone: +1.415.291.6200

*Attorneys for Defendant*
*PLEX, INC.*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: October 24, 2023                Respectfully submitted,

/s/ Jacqueline Mandel
Jacqueline Mandel

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that all case-related deadlines are stayed pending a status update from the Parties regarding settlement.

Date: _____

By: _____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE